# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 23, 2008

136254

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

BRIAN EDGAR LOWERY,
    Defendant-Appellant.

SC: 136254
COA: 283424
St. Joseph CC: 07-014255-FC

_____/

　　　　On order of the Court, the application for leave to appeal the February 29, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questons presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 23, 2008

_____
Clerk

l0716